AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 11-mj-01028-CBS |
| | ) | |
| Gustavo Moreno | ) | Charging District: Minnesota |
| Defendant | ) | Charging District's Case No. CR 10-230(14) PJS/FLN |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Minnesota District Court 300 South 4th Street Minneapolis, MN 55415 | Courtroom No.: 9E Magistrate Judge Arthur J. Boylan |
|---|---|
| | Date and Time: 3/02/2011 at 2:00pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 2/23/11

_Judge's signature_

_Printed name and title_